UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 28 2010
U. S. DISTRICT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
JOVICA PETROVIC, )
a.k.a. JOSHUA PETROVIC, ) 4:10CR00415HEA
)
Defendant. )

## INDICTMENT

### COUNT ONE
**Extortion**

The Grand Jury charges that:

On or about December 28, 2009, in the Eastern District of Missouri, and elsewhere,

**JOVICA PETROVIC, a.k.a. JOSHUA PETROVIC,**

the Defendant herein, with the intent to extort a thing of value from another person, namely Megan Petrovic, did knowingly transmit in interstate commerce a communication containing a threat to injure the reputation of that person.

In violation of Title 18, United States Code, Section 875(d).

### COUNT TWO
**Interstate Stalking With A Dangerous Weapon**

The Grand Jury further charges that:

On or about January 14, 2010, in the Eastern District of Missouri, and elsewhere,

**JOVICA PETROVIC, a.k.a. JOSHUA PETROVIC,**

the Defendant herein, having traveled in interstate commerce with the intent to harass, and to place under surveillance with the intent to harass and intimidate, Megan Petrovic, did, in the course and as a result of such travel, place Megan Petrovic in reasonable fear of death and serious bodily injury, and did use a dangerous weapon, namely an automobile, during said offense.

In violation of Title 18, United States Code, Section 2261A(1), and punishable under Title 18, United States Code, Section 2261(b)(3).

## COUNTS THREE, FOUR, FIVE, SIX
### Interstate Stalking and Cyberstalking

The Grand Jury further charges that:

Beginning during or around January 2010, and continuing through on or around July 17, 2010, in the Eastern District of Missouri, and elsewhere,

### JOVICA PETROVIC, a.k.a. JOSHUA PETROVIC,

the Defendant herein, with the intent to harass and cause substantial emotional distress to a person in another State, namely Megan Petrovic, used the mail, interactive computer services, and facilities of interstate commerce to engage in a course of conduct that caused substantial emotional distress to Megan Petrovic, and, in engaging in said course of conduct, caused the interstate shipment of the following items:

**Count III:** A Federal Express package with tracking number 8720 2387 6800, shipped from Fort Myers, Florida, to 10 Lake View Drive, Lake St. Louis, Missouri, on or about February 19, 2010.

**Count IV:** A homemade postcard sent by United States mail from Fort Myers, Florida, to 1266 Andes Blvd., Creve Coeur, Missouri, on or about May 25, 2010.

**Count V:** A homemade postcard sent by United States mail from Fort Myers, Florida, to 10 Lake View Drive, Lake St. Louis, Missouri, on or about May 28, 2010.

**Count VI:** A homemade postcard sent by United States mail from Fort Myers, Florida, to 400 Crossroads Business Park Court, Wentzville, Missouri, on or about June 2, 2010.

All in violation of Title 18, United States Code, Section 2261A(2)(A), and punishable under Title 18, United States Code, Section 2261(b)(4).

                    A TRUE BILL.

                    _____

                    FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
D. JOHN SAUER, #2594570
Assistant United States Attorney