UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CR415 HEA |
| | ) |
| JOVICA PETROVIC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED**, that a hearing on the pro se Motion to Terminate and Re-Appoint Counsel for Defendant Jovica Petrovic [Doc. #115] is set for Thursday, May 26, 2011, at 11:30 a.m.

Dated this 17th day of May, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE